**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Five Star Limousine Service, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**39-2052928** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2340 Torrence Avenue**<br>**Lynwood, IL**<br>ZIP Code **60411** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Five Star Limousine Service, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Five Star Limousine Service, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Wade Brien Arends**
Signature of Attorney for Debtor(s)

**Wade Brien Arends 6206368**
Printed Name of Attorney for Debtor(s)

**Arends & Callahan**
Firm Name

**10129 S. Western Avenue**
**Chicago, IL 60643**

Address

**Email: arendsandcallahan@yahoo.com**
**(773) 298-1500  Fax: (773) 445-7190**
Telephone Number

**July 17, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Nick Mihlajevic**
Signature of Authorized Individual

**Nick Mihlajevic**
Printed Name of Authorized Individual

**Vice President/Secretary**
Title of Authorized Individual

**July 17, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Five Star Limousine Service, Inc.**  Case No.
Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ad Vantage** P.O. Box 1107 Crown Point, IN 46308 | **Ad Vantage** P.O. Box 1107 Crown Point, IN 46308 | **Advertising Expense** | | 18,353.00 |
| **AT&T Real Yellowpages** P.O. Box 660835 Dallas, TX 75266-0835 | **AT&T Real Yellowpages** P.O. Box 660835 Dallas, TX 75266-0835 | **Advertising Expense** | | 10,556.35 |
| **Besse Shirt Lettering** 18058 Torrence Ave Lansing, IL 60438 | **Besse Shirt Lettering** 18058 Torrence Ave Lansing, IL 60438 | **Advertising Expense** | | 745.56 |
| **Brumm's Bloomin' Barn** 2540 45th Street Highland, IN 46322 | **Brumm's Bloomin' Barn** 2540 45th Street Highland, IN 46322 | **Flowers** | | 3,492.06 |
| **Burke, Costanza & Cuppy, LLP** 9191 Broadway Merrillville, IN 46410 | **Burke, Costanza & Cuppy, LLP** 9191 Broadway Merrillville, IN 46410 | **Legal Services** | | 1,090.36 |
| **Chicago Bride** 3500 W. Peterson Chicago, IL 60655 | **Chicago Bride** 3500 W. Peterson Chicago, IL 60655 | **Advertising Expense** | | 1,837.50 |
| **Essential Publishing LLC** 23 Washington Street, Ste 215 Valparaiso, IN 46383 | **Essential Publishing LLC** 23 Washington Street, Ste 215 Valparaiso, IN 46383 | **Advertising Expense** | | 2,290.00 |
| **Final Touch Collision** 19850 Burnham Avenue Lynwood, IL 60411 | **Final Touch Collision** 19850 Burnham Avenue Lynwood, IL 60411 | **Vehicle Repair** | | 1,718.68 |
| **First Midwest Bank** 50 W. Jefferson Joliet, IL 60432 | **First Midwest Bank** 50 W. Jefferson Joliet, IL 60432 | **Overdraft Fees** | | 1,486.70 |
| **Golf Club Masters, Inc.** 3 North Court Street, Ste B345 Crown Point, IN 46307 | **Golf Club Masters, Inc.** 3 North Court Street, Ste B345 Crown Point, IN 46307 | **Advertising Expense** | | 1,995.00 |
| **Highland Community Bank** 1701 W. 87th Street, No.2 Chicago, IL 60620 | **Highland Community Bank** 1701 W. 87th Street, No.2 Chicago, IL 60620 | **Automobiles/Limousines** | | 636,000.00 (375,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **Five Star Limousine Service, Inc.**                                                                 Case No.
                                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lans Printing and Advertising** 2581 Glenwood-Lansing Road Lynwood, IL 60411 | **Lans Printing and Advertising** 2581 Glenwood-Lansing Road Lynwood, IL 60411 | **Advertising Expense** | | **3,026.34** |
| **Lynwood Tire Center, Inc** 2390 Lynwood-Dyer Rd Lynwood, IL 60411 | **Lynwood Tire Center, Inc** 2390 Lynwood-Dyer Rd Lynwood, IL 60411 | **Exhaust/Air Conditioning Service** | | **1,512.24** |
| **MJ's Auto** 700 US 41, Unit B Schererville, IN 46375 | **MJ's Auto** 700 US 41, Unit B Schererville, IN 46375 | **Vehicle Repair** | | **3,579.20** |
| **Paulson Oil Company** P.O. Box 903 Chesterton, IN 46304 | **Paulson Oil Company** P.O. Box 903 Chesterton, IN 46304 | **Gasoline Supply** | | **4,724.00** |
| **Rauch-Milliken International, Inc.** P.O. Box 8390 Metairie, LA 70011-8390 | **Rauch-Milliken International, Inc.** P.O. Box 8390 Metairie, LA 70011-8390 | **Advertising Expense** | | **43,400.40** |
| **Real Estate News** 3500 W. Peterson, #403 Chicago, IL 60659 | **Real Estate News** 3500 W. Peterson, #403 Chicago, IL 60659 | **Advertising Expense** | | **1,837.50** |
| **Schepel Buick** 2920 W. Lincolnd Hwy Merrillville, IN 46410 | **Schepel Buick** 2920 W. Lincolnd Hwy Merrillville, IN 46410 | **Vehicle Repair** | | **1,079.15** |
| **Verizon Wireless** 777 Big Timber Road Elgin, IL 60123 | **Verizon Wireless** 777 Big Timber Road Elgin, IL 60123 | **Cellular Telephone Service** | | **2,712.22** |
| **Yellowbook** P.O. Box 3162 Cedar Rapids, IA 52406-3162 | **Yellowbook** P.O. Box 3162 Cedar Rapids, IA 52406-3162 | **Advertising Expense** | | **35,243.11** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President/Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 17, 2009**                                Signature  **/s/ Nick Mihlajevic**
                                                                 **Nick Mihlajevic**
                                                                 **Vice President/Secretary**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Accident Fund Ins Co of America
P.O. Box 77000
Department 77125
Detroit, MI 48277-0125


Ad Vantage
P.O. Box 1107
Crown Point, IN 46308


Andrean High School
5959 Broadway
Merrillville, IN 46410


AT&T Real Yellowpages
P.O. Box 660835
Dallas, TX 75266-0835


Besse Shirt Lettering
18058 Torrence Ave
Lansing, IL 60438


Brumm's Bloomin' Barn
2540 45th Street
Highland, IN 46322


Burke, Costanza & Cuppy, LLP
9191 Broadway
Merrillville, IN 46410


Chicago Bride
3500 W. Peterson
Chicago, IL 60655


Essential Publishing LLC
23 Washington Street, Ste 215
Valparaiso, IN 46383


Final Touch Collision
19850 Burnham Avenue
Lynwood, IL 60411


First Midwest Bank
50 W. Jefferson
Joliet, IL 60432
```

Flat Iron Capital
950 17th Street, Ste 1300
Denver, CO 80202


Golf Club Masters, Inc.
3 North Court Street, Ste B345
Crown Point, IN 46307


Griffith Highschool
600 N. Wiggs Street
Griffith, IN 46319


Hammond Clinic
7905 Calumet Ave
Munster, IN 46321-1298


Highland Community Bank
1701 W. 87th Street, No.2
Chicago, IL 60620


James D. Carr
730 Seberger Drive
Munster, IN 46321


JJ Keller & Assoc
P.O. Box 548
Neenah, WI 54957-0548


Lans Printing and Advertising
2581 Glenwood-Lansing Road
Lynwood, IL 60411


Lynwood Tire Center, Inc
2390 Lynwood-Dyer Rd
Lynwood, IL 60411


Merrillville Highschool
276 E. 68th Place
Merrillville, IN 46410


MJ's Auto
700 US 41, Unit B
Schererville, IN 46375

Munster Highschool
8808 Columbia Avenue
Munster, IN 46321


NWI Entertainer
3311 Willow Creek Road, #170
Portage, IN 46368


Oxford Bank and Trust
1111 W. 22nd Street
Suite 800
Oak Brook, IL 60523


Paulson Oil Company
P.O. Box 903
Chesterton, IN 46304


Pitney Bowes
1 Elmcroft Road
Stamford, CT 06926


Rauch-Milliken International, Inc.
P.O. Box 8390
Metairie, LA 70011-8390


Real Estate News
3500 W. Peterson, #403
Chicago, IL 60659


Schepel Buick
2920 W. Lincolnd Hwy
Merrillville, IN 46410


Stoney Tire, Inc.
19870 Stoney Island Ave.
Lynwood, IL 60411


TD Graphic.com
2044 164th Place
Hammond, IN 46320


Town of Munster
1005 Ridge Road
Munster, IN 46321

```
Verizon Wireless
777 Big Timber Road
Elgin, IL 60123


Yellowbook
P.O. Box 3162
Cedar Rapids, IA 52406-3162
```